UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

WAYNE R. BLAKELEY,

    Plaintiff,

vs.                                                                                              No. 05cv2081-D/P

COMMERCIAL ROOFING,

    Defendant.

## ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, Wayne R. Blakeley, by and through counsel, and hereby dismisses the Plaintiff's claim against the Defendant, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDRED, ADJUDGED, AND DECREED** that the Plaintiff's claim against Defendant is hereby voluntarily dismissed without prejudice.

_____
JUDGE

DATE August 9, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-10-05

APPROVED FOR ENTRY:

_____
Michael E. Latimore (20170)
Attorney for Plaintiff
202 Adams Avenue
Memphis, TN  38103
Phone: 901-526-6476
Fax:    901-523-7622

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02081 was distributed by fax, mail, or direct printing on August 10, 2005 to the parties listed.

---

Michael Latimore
THE SKAHAN LAW FIRM
202 Adams Ave.
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT