UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY `70` D.C.

05 AUG 25 PM 2:17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

WAYNE R. BLAKELEY

v.

COMMERCIAL ROOFING

JUDGMENT IN A CIVIL CASE

CASE NO: 05-2081-D

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Voluntary Dismissal Without Prejudice entered on August 10, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

_____
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

August 24, 2005
Date

THOMAS M. GOULD

Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) on 8/29/05

Case 2:05-cv-02081-BBD-tmp    Document 9    Filed 08/25/05    Page 2 of 2    PageID 18

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02081 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Michael Latimore
THE SKAHAN LAW FIRM
202 Adams Ave.
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT